UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN LAURINO,

                Plaintiff,                      Case No. 22-cv-06696-JPC-JLC

       -against-

JP MORGAN CHASE BANK, N.A.,

                Defendant.
-------------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that this action shall be, and hereby is, discontinued without prejudice and with each party to bear its own costs.

IT IS FURTHER AGREED that this Stipulation may be executed electronically and in counterparts.

Dated: New York, New York
       August [17], 2022

THE DWECK LAW FIRM, LLP

By: _____
    /HP Sean Dweck
1 Rockefeller Plaza, Suite 1712
New York, New York 10020
Phone: 212-687-8200
Email: hpsdweck@dwecklaw.com

*Attorneys for John Laurino*

DUANE MORRIS LLP

By: _____
Thomas J. Cahill
230 Park Avenue, Suite 1130
New York, New York 10169
Phone: (212) 404-8716
Email: TJCahill@duanemorris.com

*Attorneys for Defendant
JP Morgan Chase Bank N.A.*